**Order filed, May 5, 2020.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-20-00252-CV

————————

## IN THE MATTER OF THE MARRIAGE OF MAYRA LIZABETH RAMIREZ CARBAJAL AND VINCE CASIMIR, Appellant

---

### On Appeal from the 507th District Court
### Harris County, Texas
### Trial Court Cause No. 2018-80554

---

## ORDER

The reporter's record in this case was due May 4, 2020 . *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Benjamin Alva, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Bourliot and Spain.